FILED
CLERK, U.S. DISTRICT COURT

3/4/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>IRIS RABAYA AU,<br>　　aka "The Goddess,"<br><br>　　　　Defendant. | No.　2:25-CR-00140-GW<br><br><u>I N F O R M A T I O N</u><br><br>[26 U.S.C. § 7206(1): Making and Subscribing to a False Tax Return; 26 U.S.C. § 7301 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Acting United States Attorney charges:

[26 U.S.C. § 7206(1)]

　　On or about April 18, 2022, in Los Angeles County and Orange County, and elsewhere, within the Central District of California, defendant IRIS RABAYA AU willfully made and subscribed to a materially false U.S. Individual Income Tax Return, Form 1040, for the calendar year 2021, which was verified by a written declaration from defendant AU that it was made under the penalties of perjury, and which defendant AU filed and caused to be filed with the Internal Revenue Service, knowing the tax return was not true and correct as to every material matter contained therein, in that defendant AU knew

that she failed to report on the tax return approximately $1,299,503 in income.

FORFEITURE ALLEGATION

[26 U.S.C. § 7301 and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 26, United States Code, Section 7301, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count One of this Information.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    a.  Any property sold or removed by the defendant in fraud of the internal revenue laws, or with design to avoid payment of such tax, or which was removed, deposited, or concealed, with intent to defraud the United States of such tax or any part thereof;

    b.  All property manufactured into property of a kind subject to tax for the purpose of selling such taxable property in fraud of the internal revenue laws, or with design to evade the payment of such tax;

    c.  All property whatsoever, in the place or building, or any yard or enclosure, where the property described in subsection (a) or (b) is found, or which is intended to be used in the making of property described in subsection (a), with intent to defraud the United States of tax or any part thereof, on the property described in subsection (a);

    d.  All property used as a container for, or which shall have contained, property described in subsection (a) or (b);

    e.  Any property (including aircraft, vehicles, vessels, or draft animals) used to transport or for the deposit or concealment

3

of property described in subsection (a) or (b), or any property used to transport or for the deposit or concealment of property which is intended to be used in the making or packaging of property described in subsection (a); and

   f. To the extent that such property is not available for forfeiture, a sum of money equal to the total value of the property described in this paragraph.

  3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

JOSEPH T. MCNALLY
Acting United States Attorney

*Lindsey Greer Dotson*

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

CASSIE D. PALMER
Assistant United States Attorney
Chief, Public Corruption and
Civil Rights Section

THOMAS F. RYBARCZYK
Assistant United States Attorney
Deputy Chief, Public Corruption
and Civil Rights Section

DANIEL J. O'BRIEN
Assistant United States Attorney
Senior Litigation Counsel
Public Corruption and
Civil Rights Section

J. JAMARI BUXTON
Assistant United States Attorney
Public Corruption and
Civil Rights Section

MAXWELL COLL
Assistant United States Attorney
Cyber and Intellectual Property
Crimes Section