UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 25-140 PA | Date | September 21, 2026 |
|---|---|---|---|

Present: The Honorable PERCY ANDERSON, U.S. DISTRICT JUDGE

Interpreter NA

| Kamilla Sali-Suleyman | Laura Elias | Maxwell K. Coll |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Iris Rabaya Au | √ | √ | | Christopher A. Darden | √ | | √ |

**Proceedings:** **SENTENCING** (non-evidentiary)

For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

IT IS SO ORDERED.

: 40

Initials of Deputy Clerk KSS

cc: USPO, PSA, BOP, USMO